Case 0:22-cr-60065-AHS Document 8 Entered on FLSD Docket 04/08/2022 Page 1 of 5

FILED by KS D.C.

Apr 7, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**22-60065-CR-SINGHAL/SNOW**

CASE NO. _____

21 U.S.C. § 846

UNITED STATES OF AMERICA

vs.

**DONALD HIGGS III and
GARTH EWING,**

        **Defendants.**
_____/

### INDICTMENT

The Grand Jury charges that:

**COUNT 1**
**(Conspiracy to Distribute a Controlled Substance)**
**21 U.S.C. § 846**

Beginning on or about March 11, 2022, through on or about March 25, 2022, the exact dates being unknown to the Grand Jury, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**DONALD HIGGS III and
GARTH EWING,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to defendants **DONALD HIGGS III and GARTH EWING,** the controlled substance involved in the conspiracy attributable to each of them as a result of their own individual conduct, and the conduct of other conspirators reasonably foreseeable to each of them is, a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in

violation of Title 21, United States Code, Section 841(b)(1)(C).

                                                                        A TRUE BILL

                                                            FOREPERSON

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

ANITA WHITE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DONALD HIGGS and
GARTH EWING,
_____/
                Defendants.

CASE NO.:

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

**Court Division** (select one)
- ☐ Miami
- ☐ Key West
- ☐ FTP
- ☒ FTL
- ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take 3 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I ☒ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                  Case No.
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 22-MJ-6139-Valle
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                  Case No.
9. Defendant(s) in federal custody as of 3/25/22
10. Defendant(s) in state custody as of
11. Rule 20 from the          District of
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
Anita G. White
Assistant United States Attorney
FLA Bar No. 537861

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  DONALD HIGGS III

**Case No:** _____

Count #:1

Conspiracy to Distribute a Controlled Substance

Title 21, United States Code, Section 846

**\*Max. Penalty:** 20 years' imprisonment, $1,000,000 fine, a minimum of 3 years' supervised release up to life

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** GARTH EWING

**Case No:** _____

Count #:1

Conspiracy to Distribute a Controlled Substance

Title 21, United States Code, Section 846

**\*Max. Penalty:** 20 years' imprisonment, $1,000,000 fine, a minimum of 3 years' supervised release up to life

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.